# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1191**
**CAF 15-00678**
PRESENT: CENTRA, J.P., CARNI, NEMOYER, CURRAN, AND TROUTMAN, JJ.

---

IN THE MATTER OF KAYLEE W.
------------------------------------------
ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES,　　　　MEMORANDUM AND ORDER
PETITIONER-RESPONDENT;

REBECCA S., RESPONDENT-APPELLANT,
AND MICHAEL S., RESPONDENT.
(APPEAL NO. 2.)

---

DAVID J. PAJAK, ALDEN, FOR RESPONDENT-APPELLANT.

LAUREN CREIGHTON, BUFFALO, FOR PETITIONER-RESPONDENT.

AYOKA A. TUCKER, ATTORNEY FOR THE CHILD, BUFFALO.

---

Appeal from an order of the Family Court, Erie County (Sharon M. LoVallo, J.), entered March 6, 2015. The order, among other things, continued the placement of the subject child.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Matter of Emily W.* ([appeal No. 1] ___ AD3d ___ [May 5, 2017]).

Entered: May 5, 2017　　　　　　　　　　　　　　Frances E. Cafarell
　　　　　　　　　　　　　　　　　　　　　　　　Clerk of the Court